UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

CLARENCE APPLEWHITE, JR.,

Defendant.

Case No. CR18-212BAT
CR19-144MLP

**DETENTION ORDER**

The Court, having conducted a detention hearing pursuant to motions brought by the United States and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

(1) Defendant has been charged in two separate CVB misdemeanor matters for Theft/Embezzlement of US Property. The Court scheduled trial for both matters on December 19, 2019. Defendant failed to appear at trial and a warrant was issued. Defendant has an extensive history of failures to appear, non-compliance while on terms of supervision,

DETENTION ORDER - 1

commission of new offenses while on supervision, and possible substance abuse. Defendant is viewed as a risk of danger based on his criminal history, active warrants, and pending charges.

It is therefore **ORDERED**:

(1)     Defendant shall be detained pending a status hearing set for January 2, 2020 and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 30th day of December, 2019.

PAULA L. MCCANDLIS
United States Magistrate Judge